### ALVIN L. SMITH *vs.* JOHN WALLACE et al.

Washington County. Decided June 28, 1913. This is an action of trespass for entering upon plaintiff's land in Jonesport and picking and carrying away blueberries. Defendants admitted entry and

justified under Oscar W. Look and John V. Sawyer. Plaintiff claimed title by prescription. The jury returned a verdict for plaintiff. Defendant filed exceptions and motion for new trial. Motion and exceptions overruled. *A. D. McFaul and J. F. Lynch,* for plaintiff. *H. H. Gray and O. H. Dunbar,* for defendants.